# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS, LLC, § § *Plaintiff,* § § v. § Civil Action No. 2:15-cv-380 § APARTMENT LIST, INC., *et al.*, § § *Defendants.* § | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff LBS Innovations, LLC ("Plaintiff") and Defendants Apartment List, Inc., Etsy, Inc., and Pinterest, Inc. (collectively, "Defendants"), pursuant to the Federal Rule of Civil Procedure 41(a)(2), hereby move for an order dismissing all claims asserted by Plaintiff against Defendants in this action WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: May 26, 2015

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Niky Bukovcan*
Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1278
Facsimile: (214) 635-1831

**ATTORNEYS FOR PLAINTIFF
LBS INNOVATIONS, LLC**

**GILLAM & SMITH, L.L.P.**

By: */s/ Melissa R. Smith*
Melissa Richards Smith
Melissa@gilliamsmithlaw.com

303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS
APARTMENT LIST, INC., ETSY, INC., AND
PINTEREST, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 26th day of May, 2015. Any other counsel of record will be served by facsimile transmission.

*/s/ Niky Bukovcan*
Niky Bukovcan