IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:15-cv-380 |
| APARTMENT LIST, INC., *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

The Stipulated Motion for Dismissal of all claims asserted by Plaintiff LBS Innovations, LLC ("Plaintiff") against Defendants Apartment List, Inc., Etsy, Inc., and Pinterest, Inc. (collectively, "Defendants") is **GRANTED**.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE.**

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of May, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE