# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 2:15-cv-380 |
| APARTMENT LIST, INC., *et al.*, | § § § | |
| *Defendants.* | § | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff LBS Innovations, LLC ("Plaintiff") and Defendant Roadtrippers Inc. ("Defendant"), pursuant to the Federal Rule of Civil Procedure 41(a)(2), hereby move for an order dismissing all claims asserted by Plaintiff against Defendant in this action WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: May 28, 2015

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Niky Bukovcan*
    Christopher M. Joe (Lead Counsel)
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Brian A. Carpenter
    State Bar No. 03840600
    Brian.Carpenter@BJCIPLaw.com
    Niky Bukovcan
    State Bar No. 24078287
    Niky.Bukovcan@BJCIPLaw.com
    Timothy J.H. Craddock
    State Bar No. 24082868
    Tim.Craddock@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1278
Facsimile: (214) 635-1831

**ATTORNEYS FOR PLAINTIFF
LBS INNOVATIONS, LLC**

**REESE GORDON MARKETOS LLP**

By: */s/ Adam Sanderson*
    Joel W. Reese (Lead Counsel)
    State Bar No. 00788258
    joel.reese@rgmfirm.com

    Adam C. Sanderson
    State Bar No. 24056264
    adam.sanderson@rgmfirm.com

750 N. Saint Paul Street, Ste. 610
Dallas, Texas 75201-3202
(214) 382-9810 (telephone)
(214) 501-0731 (facsimile)

**ATTORNEYS FOR DEFENDANT
ROADTRIPPERS INC.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 28th day of May, 2015. Any other counsel of record will be served by facsimile transmission.

    */s/ Niky Bukovcan*
    Niky Bukovcan