# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 2:15-cv-380 |
| APARTMENT LIST, INC., *et al.*, | | |
| *Defendants.* | | |

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

The Stipulated Motion for Dismissal of all claims asserted by Plaintiff LBS Innovations, LLC ("Plaintiff") against Defendant Roadtrippers Inc. ("Defendant") is **GRANTED**.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE.**

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

The Clerk is ORDERED to close Case No. 2:15-cv-380.

**So ORDERED and SIGNED this 29th day of May, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE